IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


MICHAEL TURNER and          )
JOANNA TURNER,              )
                            )
     Plaintiffs,            )
                            )     CIVIL ACTION NO.
     v.                     )       3:10cv1065-MHT
                            )           (WO)
REGIONS BANK, a domestic    )
corporation, et al.,        )
                            )
     Defendants.            )

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 24) is granted and that defendant Equifax Information Services, LLC and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.  The case remains pending as to the other defendants.

The court assumes that defendant Equifax Information Services, LLC has no objection to the allowance of the dismissal; however, if it does, it should file an

objection  within  seven  days  from  the  date  of  this
judgment.

    DONE, this the 11th day of February, 2011.


                      /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE