IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TURNER and | ) | |
| JOANNA TURNER, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:10cv1065-MHT |
| | ) | (WO) |
| REGIONS BANK, a domestic | ) | |
| corporation, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 39) is granted and that defendant Trans Union, LLC, and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.  Other unterminated defendants are still parties to this litigation.

The court assumes that defendant Trans Union, LLC, has no objection to this dismissal; however, if it does, it must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of April, 2011.

                                       /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**