IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL TURNER and** | ) | |
| **JOANNA TURNER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **3:10cv1065-MHT** |
| | ) | **(WO)** |
| **REGIONS BANK, a domestic** | ) | |
| **corporation, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 43) is granted and that defendant Experian Information Solutions, Inc., and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of May, 2011.

                                 /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**